| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: AVERBACH, ERIC (WALK-I<br>FF/INDEX #:<br>DATE FILED: 5/27/08<br>DOCKET #: |

FREDERICK R. LEBRON AND GISELLE LEBRON

Plaintiff(s)/Petitioners(s)

- AGAINST -

JOSEPH A. PURCELL

Defendants(s)/Respondent(s)

CASE NO. 08 CV 4871
JUDGE KRAM
COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 7/23/08 at 8:40 PM at 105 OLYMPUS LANE, MILFORD, PENNSYLVANIA 18337
deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON

on JOSEPH A. PURCELL therein named

**SUITABLE AGE** [✓] By delivering a true copy thereof to and leaving with JANET PURCELL, WIFE a person of suitable age and discretion, the said premises being the defendants - respondents

[✓] dwelling place   [ ] place of business   [ ] last known address   within the State of New York

[ ] AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION**
Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, LT BROWN HAIR, 25-33 YRS., 5'3"-5'6", 125-135 LBS.

Other identifying features:

**MAILING** [✓] Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 7/25/08
[✓] at his last known residence   [ ] at his place of business   [ ] at his last known address
Address confirmed by:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 7/25/08

*[signature]*
JOSEPH SHERLOCK

| LINDA ROSSI | JOHN GOULD | JO-ANN JOHNSON | KATHLEEN GOULD |
|---|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 7, 20__ | COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_/0_ | COMMISION EXPIRES NOVEMBER 15, 20__ |
| 01RO6180139 | 01GO5013764 | 01JO5031856 | 01GO4632958 |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

FREDERICK R. LEBRON and
GISELLE LEBRON,

V.

JOSEPH A. PURCELL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4871

JUDGE KRAM

TO: (Name and address of Defendant)

JOSEPH A. PURCELL
101 Lyle Road
Milford, PA  18337

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven T. Halperin, Esq.
Halperin & Halperin, P.C.
Attorneys for Plaintiffs
FREDERICK R. LEBRON and
GISELLE LEBRON
18 East 48th Street
Suite 2200
New York, New York  10017
(212) 935-2600
(212) 753-9173 FAX

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                   MAY 2 7 2008

CLERK                                                 DATE

(By) DEPUTY CLERK