LA203-009425445-0003 218A-50242-2B VAB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FREDERICK R. LEBRON and GISELLE LEBRON

                Plaintiff,

NOTICE OF APPEARANCE

-against-

Index No.  08 CV. 4871 (DAB)

JOSEPH A. PURCELL,

                Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant, **JOSEPH A. PURCELL,** appears in this action by the undersigned attorney and that all papers are to be served upon the undersigned attorney at his office Robin, Harris, King & Fodera located at One Battery Park Plaza, 30th Floor, New York, NY 10004-1437.

Dated: New York, New York
       September 02, 2008

                                            Yours etc.,

                                            ROBIN, HARRIS, KING & FODERA

                                            By:
                                            _____/S/_____
                                                VINCENT BRESCIA
                                            Attorneys for Defendant
                                            JOSEPH A. PURCELL
                                            One Battery Park Plaza, 30th Floor
                                            New York, NY 10004-1437
                                            212-487-9701

TO:
Halperin & Halperin, P.C..
Attorneys for Plaintiff
18 East 48th Street
Suite 2200
New York, NY 10017
(212) 935-2600