LA203-009425445-0003 218A-50242-2B VAB/nh

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF NEW YORK | ECF CASE |
| ------------------------------------------------------------X | |
| FREDERICK R. LEBRON and | This Document has been filed |
| GISELLE LEBRON, | Electronically. |
| | |
| Plaintiff(s), | 08-CV-4871 (DAB) |
| | |
| -against- | RULE 7.1 DISCLOSURE STATEMENT |
| | |
| JOSEPH A. PURCELL, | |
| | |
| Defendant(s). | |
| ------------------------------------------------------------X | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant(s), JOSEPH A. PURCELL certifies that Defendant JOSEPH A. PURCELL is a an individual.

Dated: New York, New York
      September 03, 2008

                              Yours etc.,

                              BY:_____/S/_____
                              Vincent Brescia (VB/6213)
                              Associated with the Law Office of
                              ROBIN, HARRIS, KING & FODERA
                              Attorneys for Defendant(s)
                              JOSEPH A. PURCELL
                              One Battery Park Plaza - 30th Floor
                              New York, NY 10004-1437
                              (212) 487-9701

To:

HALPERIN & HALPERIN, P.C.
Attorneys for Plaintiffs
18 East 48th Street - Suite 2200
New York, New York 10017
(212) 935-2600
(212) 753-9173 - FAX